Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lonny Vanatta,<br><br>     Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A.,<br><br>     Defendant. | No. CV 18-2909-PHX-MLT<br><br>**AMENDED JOINT STATUS REPORT** |

Pursuant to this Court's October 4, 2019 Order (ECF No. 38), the parties by and through their counsel of record submit the following Status Report.

**1.    Status Regarding Arbitration Proceedings.**

The arbitration hearing is currently set for March 5 - 6, 2020. The parties believe that the hearing will proceed as scheduled.

There are depositions currently scheduled for February 6, 2020, but are being rescheduled at this time due to a death in Defendant's representative's family. Otherwise, all discovery has been completed.

Defendant has requested permission from the arbitrator to file a dispositive motion on the limited issue of damages. Plaintiff has opposed the filing of such a motion.

It is expected that the arbitration process will be completed within 30 to 60 days after the arbitration hearing, or by May 15, 2020.

The parties will notify the Court once the arbitration is complete, and a final award is made, and will either submit the arbitration award for confirmation or modification.

RESPECTFULLY SUBMITTED __February 3, 2020__ .

| | |
|---|---|
| s/ Floyd W. Bybee<br>Floyd W. Bybee, #012651<br>**BYBEE LAW CENTER, PLC**<br>90 S. Kyrene Rd., Ste. 5<br>Chandler, AZ 85226-4687<br>Office: (480) 756-8822<br>Fax: (480) 302-4186<br>floyd@bybeelaw.com<br><br>Attorney for Plaintiff | s/ Benjamin C. Nielsen<br>Benjamin C. Nielsen (#029689)<br>benjamin.nielsen@quarles.com<br>John Maston O'Neal (#015945)<br>john.oneal@quarles.com<br>**Quarles & Brady LLP**<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, Arizona 85004-2391<br>Telephone: (602) 229-5200<br><br>Attorneys for Defendant |